UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
| | : | |
| v. | : | MAGISTRATE NO. 19-MJ-216 |
| | : | |
| JACOB COOPER, | : | VIOLATION: |
| also known as "John Cooper," | : | 18 U.S.C. § 875(c) |
| also known as "Jacco," | : | (Interstate Communications) |
| | : | |
| Defendant. | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about the August 13, 2019, within the District of Columbia and the State of Tennessee, **JACOB COOPER**, also known as "John Cooper," also known as "Jacco," did knowingly and willfully transmit in interstate and foreign commerce from the State of Tennessee into the District of Columbia, a communication threatening to "shoot up," injure, and cause harm to a Planned Parenthood facility and individuals therein located in the District of Columbia.

(**Interstate Communications**, in violation of Title 18, United States Code, Section 875(c)

A TRUE BILL:

FOREPERSON.

Jessie K. Liu
Attorney of the United States in
and for the District of Columbia.