UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Crim. No. 19-CR-286 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| JACOB COOPER, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its Memorandum in Aid of Sentencing.  For the reasons herein, the United States requests that the Court sentence the defendant to a period of 6 months of incarceration, to be followed by three years of supervised release.  The government is not requesting any fines or restitution in this case other than required court costs.  In support of this sentence, the government states the following:

**FACTUAL AND PROCEDURAL BACKGROUND**

On August 22, 2019, a federal grand jury for the United States District Court for the District of Columbia returned a one-count indictment charging Defendant Jacob Cooper with Transmission of Threatening Communications in Interstate Commerce, in violation of 18 U.S.C. § 875(c).  On January 15, 2020, the defendant pled guilty to the sole count in the indictment. The defendant waived his right to the preparation of a presentence investigation report, and a sentencing hearing date was set for February 13, 2020.

Defendant Jacob Cooper is the owner of the username "Jacco," on the iFunny website. Http://iFunny.co is a website where individuals are permitted to post photos, videos, and discussion topics and other users are permitted to comment on those posts and add their own posts

1

to these discussion threads.

On or about August 13, 2019, a user of this website republished a post on https://ifunny.co ("iFunny") in which another individual, using the username "JustSomeLeftist" wrote "God ive been screen shotting these crazy assholes accounts for evidence for 2 years now. I wasnt sure if the FBI took this stuff seriously but now seeing as they do take it seriously I think its about time I start filing reports with picture evidence ive had."

The post resulted in multiple comments, one of which was made on August 13, 2019 from the defendant, using the username "Jacco." The defendant tagged "Justsomeleftist" in a comment thread and stated, "make sure you tell them about how I plan to shoot up a planned parenthood facility in Washington dc on August 19th at 3pm." This public message was transmitted to the Federal Bureau of Investigation ("FBI"). Agents with the FBI in turn notified representative of Planned Parenthood as well as the Metropolitan Police Department of the threat of firearm violence at Planned Parenthood facilities.

A review by investigators of the account for "Jacco," http://ifunny.co/user/Jacco, revealed a separate post republished by the defendant approximately two hours prior on August 13, 2019, which contained the text "If you are a member of the FBI, CIA, whatever, and are on my profile I will trace your IP address and kill you if the opportunity arises. And I am dead serious about this. I'll do it with ricin, a bomb, or .308. Whatever it takes, then end result will be the same. I am serious about this. If I am personally contacted by any federal agents, I will do this. I will kill you. Again, I am serious. Sic semper tyrannis."

Further, Defendant posted stock images of firearms, images of Ted Kaczynski surrounding the text, "DO IT FOR HIM," and text reading, "women don't fucking deserve to be the carriers of human life. they unanimously support abortion and the degradation of the family at least in the

united States. if only i could impregnate one of my bros. i know they'd be a better mother than an 'modern woman.'"

Defendant was arrested on or about August 21, 2019. The FBI seized multiple electronic devices during this arrest, including two cellular telephones. One of these cellular telephones contained screenshots of news articles, photographs, and Defendant's conversations from the iFunny website.

Some of the screenshots saved on Defendant's cellular telephone include a screenshot of a webpage containing statistics tracking the number of abortions in the United States by year, a news article identifying the ten power plants supplying the majority of power in the United States, and several screenshots of firearms.[1]

Defendant additionally saved screenshots from his iFunny conversations. In one of these conversations, Defendant asked another user how to make a thermite bomb and asked the user if a thermite bomb "would be good enough to make the hoover dam collapse[?] how much would I need[?]" Underneath this conversation string, Defendant saved diagrams of how to build a "Cupric Thermite Firebomb," a "Gasoline Bomb," directions for "DIY Thermite," and directions for making "Homemade Molotov Cocktails Using Homemade Napalm."

During another conversation in iFunny with username "longings," Defendant stated "just gotta talk with enough confidence to get a bunch of retards behind me then im gonna commit domestic terrorism." User "longings" responded, "against what or whom[?]" Defendant then replied "the US power grid. Gotta turn those lights off theyre blocking the stars." Defendant additionally saved a screenshot of a news article titled "These 10 Power Plants Produce The Most Electricity in America."

---

[1] The content preserved in the screenshots does not contain the original date of the posts.

Defendant also saved the entire sixteen-minute video of the March 15, 2019, mass shootings at two mosques in Christchurch, New Zealand that left 51 people dead and dozens injured.

Defendant's brother stated that he and Defendant spent a lot of time together gaming and watching livestream events on the internet. Defendant's brother said that Defendant could become aggressive while they played games on the internet and had punched a hole in a door and threatened his brother with physical violence during such episodes; Defendant's brother suggested that the aggression was worse when Defendant had been drinking. Defendant's brother further stated that Defendant has had suicidal ideations and expressed interest in purchasing a firearm in the past, as recently as after the August 3, 2019 mass shooting in El Paso, Texas.

## DISCUSSION AND RECOMMENDATION

### I.    Generally Applicable Legal Principles

When determining the appropriate sentence, the district court should consider all of the applicable factors set forth in 18 U.S.C. § 3553(a).  See United States v. Gall, 128 S. Ct. 586, 596 (2007).  The listed factors in 18 U.S.C. § 3553(a) include the following:

> (1) the nature and circumstances of the offense and the history and characteristics of the defendant;
>
> (2) the need for the sentence imposed –
> > (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
> > (B) to afford adequate deterrence to criminal conduct;
> > (C) to protect the public from further crimes of the defendant; and
> > (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
>
> (3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for –
    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines –
        (i) issued by the Sentencing Commission ...; and
        (ii) that, . . . are in effect on the date the defendant is sentenced; ...

(5) any pertinent policy statement –
    (A) issued by the Sentencing Commission ... and
    (B) that, . . . is in effect on the date the defendant is sentenced.

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

## II.    Defendant's Sentencing Guidelines Calculation

### A.    Total Offense Level

The base offense level for this offense is 12, pursuant to U.S.S.G. § 2A6.1(a)(1). Two points are subtracted from that score in light of the Defendant's acceptance of responsibility in this case. U.S.S.G. § 3E1.1(a).  This results in a Total Offense Level of 10.

Defendant suggests that he is entitled to a 4 point reduction based on U.S.S.G. § 2A6.1(b)(6), which states that if "the offense involved a single instance evidencing little or no deliberation," the score can be reduced by 4 points. The government respectfully disagrees. The defendant's actions constituted more than one threat—although admittedly, the government only charged one count—and they evidence more than a little deliberation.

As to the first point, the defendant made more than one threat. Not only did he threaten to shoot up Planned Parenthood, but he also threatened to kill law enforcement with "whatever it takes," whether "ricin, a bomb, or .308." In fact, he insisted that he would do so twice in one

posting when he asserted, "If you are a member of the FBI, CIA, whatever, and are on my profile I will trace your IP address and kill you if the opportunity arises. And I am dead serious about this. I'll do it with ricin, a bomb, or .308. Whatever it takes, then end result will be the same. I am serious about this. If I am personally contacted by any federal agents, I will do this. I will kill you. Again, I am serious. Sic semper tyrannis."

Not only did the offense involved more than one instance, there is also evidence that there was deliberation. Courts have held that the four-point reduction applies where the threat is the product of a "single impulse, or [is] a single thoughtless response to a particular event." *United States v. Wright-Darrisaw*, 781 F.3d 35, 40 (2d Cir. 2015) (quoting *United States v. Humphreys*, 352 F.3d 1175, 1176 (8th Cir. 2003); *see also United States v. Sanders*, 41 F.3d 480, 484 (9th Cir. 1994). The events surrounding the defendant's threat to Planned Parenthood make clear that his threat is not the product of a "simple impulse," or a "thoughtless response." Only two hours prior to his threat against Planned Parenthood, the defendant's repeatedly insisted to law enforcement that he meant his threat to be taken seriously indicating his deliberation. *See United States v. Cothran*, 286 F.3d 173, 179 (3d Cir. 2002) (finding that the facts that the defendant "wanted to get a reaction from the listener of the threat," and that "he knew that a good terrorist would speak of explosives" to accomplish that goal were sufficient deliberation to refuse the four-point reduction). He stated that he was "serious" about following through with his threats *three* times in his threat to law enforcement. Further, his threat indicated a date, time, and specific facility—once again, details which are indicative of deliberation. The defendant also posted stock images of firearms, images of Ted Kaczynski surrounding the text, "DO IT FOR HIM," and text showing his motivation which read, "women don't fucking deserve to be the carriers of human lives. They unanimously support abortion and the degradation of the family at

least in the united States . . . " *See United States v. Russell*, 322 Fed.Appx. 920, 925 (11th Cir. 20009) (Finding that the defendant's "detailed explanation of his motivations underlying the threat" as evidence of deliberation).  He also took a screenshot of a webpage containing statistics tracking the number of abortions in the U.S. by year. Additionally, the defendant saved diagrams of how to build bombs and homemade napalm in his phone. He also made comments about committing domestic terrorism, and saved the entire sixteen-minute video of the March 15, 2019 mass shootings in Christchurch, New Zealand while also keeping screenshots of firearms and expressing interest to his brother in purchasing a firearm after the August 3, 2019 mass shooting in El Paso, Texas. All of these facts indicate that the defendant acted with more than a little deliberation. Thus, he is not entitled to the four-point reduction.

### B.      Criminal History Category

The Defendant  has no criminal history; thus, he has a criminal history score of 0. This places him in the Criminal History Category of I.

### C.      Sentencing Guideline Range

A total offense level of 10 and criminal history category of I result in a guideline imprisonment range of 6 to 12 months.  The guideline range is in Zone B.  The guideline term of supervised release can be no greater than 3 years.  The maximum term of imprisonment under the statute is 5 years and the maximum term of supervised release is 3 years.  *See* 18 U.S.C. § 3583(b)(2).

### III.    Sentencing Recommendation

As stated above, the government requests a sentence of 6 months of incarceration followed by 3 years of supervised release. This sentence is at the bottom of the Defendant's applicable guidelines range.

### A.    The Nature of the Offense

On August 13, 2019, the defendant wrote on the internet and stated, "make sure you tell [the FBI] about how I plan to shoot up a planned parenthood facility in Washington dc on August 19th at 3pm." Although ultimately the defendant did not carry out his threat, the fear that results from such threats is real. In 2018, there were 1,369 violent acts against abortion clinics; up from 1,081 in 2017.[2] According to the National Abortion Federation website, there have been 11 murders and 26 attempted murder due to anti-abortion violence.[3] Such threats can and have resulted in deaths and violence; thus, they cannot be treated lightly. In fact, in the instant case, the defendant himself demanded not to be treated lightly as he taunted law enforcement that his threats were serious repeatedly.

Further, the defendant did not make these threats in isolation. The defendant broadcast these threats and hateful rhetoric to a community of like-minded people. Readers who themselves could have contemplated violent acts based on the defendant's threats. As the defendant said it himself, one only needs to "talk with confidence to get [people] behind [him] then [he could] commit domestic terrorism." These threats, while not carried out by the defendant, could have led to others seeking to do so.

---

[2] *See* Kate Smith, *3 Young Men Arrested for Threatening Mass Shootings against Planned Parenthood this Month,* CBSNEWS, August 22, 2019, https://www.cbsnews.com/news/planned-parenthood-threats-men-arrested-threatening-violence-mass-shootings-facilities-this-month-2019-08-22/ .

[3] Violence Statistics & History, The National Abortion Federation, https://prochoice.org/education-and-advocacy/violence/violence-statistics-and-history/.

### B.     The History and Characteristics of the Defendant

To the defendant's credit, he has accepted responsibility at the earliest possible juncture in this case. Additionally, he has no criminal history. Because of this acceptance of responsibility and lack of criminal history, the government believes he was entitled to an offense level reduction for acceptance of responsibility and a recommendation at the bottom of the Guidelines range. However, the maximum time of three years of supervised release is appropriate here during which time he should have the following conditions: anger management courses; seek or maintain employment; mental health assessment and treatment; and any other services as directed by the Bureau of Prisons and the United States Probation Office.

### C.     The Need for the Sentence Imposed

Given the defendant's acceptance of responsibility in this case and lack of criminal history, the government believes that a sentence of 6 months of confinement (at the bottom of the guidelines range) is the appropriate sentence, to be followed by three years of supervised release.

Respectfully submitted,
TIMOTHY J. SHEA
UNITED STATES ATTORNEY
D.C. Bar No. 437437

By:

_____/s/_____
Vivian E. Kim
C.A. 303066
Assistant United States Attorney
District of Columbia
Violent Crimes & Narcotics Trafficking Section
555 4th Street, NW
Washington, DC 20530
(202) 252- 7014
Vivian.Kim@usdoj.gov